**Fill in this information to identify the case:**

Debtor 1   Dedra Dee Valdez

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the   Western   District of   Texas
(State)

Case number   19-50270-cag

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges  12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.
**File this form as a supplement to your proof of claim**. See Bankruptcy Rule 3002.1.

**Name of Creditor:**  THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FPR TJE CERTOFOCATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-16

**Court claim No. (if known):**  4

**Last 4 digits** of any number you use to identify the debtor's account:  6327

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No

☐ Yes. Date of the last notice:

## Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates Incurred | Amount |
|---|---|---|
| 1. Late Charges | | (1) $ |
| 2. Non-sufficient funds (NSF) fees | | (2) $ |
| 3. Attorney Fees | | (3) $ |
| 4. Filing fees and court costs | | (4) $ |
| 5. Bankruptcy/Proof of claim fees | 04/11/2019 | (5) $ 400.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) $ |
| 7. Property inspection fees | | (7) $ |
| 8. Tax advances (non-escrow) | | (8) $ |
| 9. Insurance advances (non-escrow) | | (9) $ |
| 10. Property preservation expenses. Specify: | | (10) $ |
| 11. Other. Specify: Plan Review | 02/27/2019 | (11) $ 250.00 |
| 12. Other. Specify: Preparation of 410A Form | 04/11/2019 | (12) $ 250.00 |
| 13. Other. Specify: | | (13) $ |
| 14. Other. Specify: | | (14) $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Official Form 410S2          Notice of Postpetition Mortgage Fees, Expenses, and Charges          page 1

Debtor 1   Dedra Dee Valdez                              Case Number *(if known)*   19-50270-cag
       First Name    Middle Name    Last Name

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

**X**  /s/ **Alonzo Z. Casas**                                    Date  **April 23, 2019**
    Signature

Print:     Alonzo Z. Casas                                    Title:  Agent for Creditor
    First Name   Middle Name   Last Name

Company:   Aldridge Pite, LLP

Address:   4375 Jutland Dr. Suite 200; P.O. Box 17933
    Number    Street

    San Diego    CA    92177-0933
    City    State    Zip Code

Contact phone   (858)-750-7600                               Email   ACasas@aldridgepite.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing NOTICE OF POST-PETITION MORTGAGE FEES EXPENSES AND CHARGES was served on the following parties at the addresses indicated by deposit in the United States Mail, first class postage prepaid and/or by electronic notice.

**DEBTOR(S)**
**(Via U.S. Mail)**

Dedra Dee Valdez
131 Willow Way
Kerrville, TX 78028

**DEBTOR(S) ATTORNEY**
**(Via Electronic Notice)**

Sean T. Flynn
Fears Nachawati PLLC
5473 Blair Rd.
Dallas, TX 75231
sflynn@fnlawfirm.com

**CHAPTER 13 TRUSTEE**
**(Via Electronic Notice)**

Mary K Viegelahn
10500 Heritage Blvd Suite 201
San Antonio, TX 78216
documents@sach13.com

Dated: May 2, 2019                     /s/ Alonzo Z. Casas
                                        Alonzo Z. Casas